No. 205, Misc.   LLOYD v. DICKSON, WARDEN;

No. 470, Misc.   MILLER v. OBERHAUSER, SUPERINTENDENT, INSTITUTION FOR MEN; and

No. 477, Misc.   MALLONEE v. LANIER, WARDEN, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 305, Misc.   EX PARTE JACKSON.   Motion for leave to file petition for writ of habeas corpus denied.   Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 282.   ATLANTIC & GULF STEVEDORES, INC., v. ELLERMAN LINES, LTD., ET AL.   C. A. 3d Cir.   Certiorari granted.   *James J. Davis, Jr.* for petitioner.   *T. E. Byrne, Jr.* for respondents.

No. 244.   DAIRY QUEEN, INC., v. WOOD, U. S. DISTRICT JUDGE, ET AL.   C. A. 3d Cir.   Certiorari granted.   *Donald M. Bowman* for petitioner.   *Mark D. Alspach* for respondents.

No. 206.   CALLAWAY ET AL. v. GARBER ET AL.   C. A. 9th Cir.   Certiorari denied.   *Myles J. Thomas* for petitioners.   *Solicitor General Cox, Assistant Attorney General Orrick* and *Morton Hollander* for respondents.

No. 284.   ELLERMAN LINES, LTD., ET AL. v. BEARD. C. A. 3d Cir.   Certiorari denied.   *T. E. Byrne, Jr.* for petitioners.   *Abraham E. Freedman* and *Milton M. Borowsky* for respondent.